IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| KEVIN A. BENNETT,<br><br>Plaintiff,<br><br>v.<br><br>TODD MARTIN; JUNE FOGLES; MAX YOUNGBLOOD; OFFICE OF THE PUBLIC DEFENDER, Eastern Judicial Circuit; and JUDGE TAMMY STOKES;<br><br>Defendants. | CASE NO. CV419-294 |

## ORDER

Before the Court is the Magistrate Judge's April 9, 2021, Report and Recommendation (Doc. 10), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Plaintiff's complaint (Doc. 1) is **DISMISSED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED** this 3RD day of June 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA